# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowbeer, Hildy | USDC - District of Minnesota | 05/11/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge - full time | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Warren E. Burger Federal Building and U.S. Courthouse
Suite 632
316 N. Robert St.
St. Paul, MN 55101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | 3M Company Pension Plan - former employer, no control other than to specify when pension payments will start; intend to recuse from all 3M matters before Court |
| 2. | 1997 | 3M Company Long Term Incentive Plan (stock options and Restricted Stock Units) - former employer; options and RSUs already granted will vest over time |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | New Harbinger Publishing Company - book royalties | $1,778.28 |
| 2. 2017 | Taylor & Francis Group - book royalties | $245.46 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Gray, Plant, Mooty, Mooty & Bennett, PA - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Conference - Developing Best Practices for Trade Secret Issues | 12/6/17-12/8/17 | Phoenix, AZ | speaker | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  US Bank Various Accts | A | Interest | N | T | | | | | |
| 2.  Rental Property #1, Collier County, FL | C | Rent | N | W | | | | | |
| 3.  Northwestern Mutual Whole Life Insurance Policy #1 | D | Dividend | N | T | | | | | |
| 4.  Northwestern Mutual Whole Life Insurance Policy #2 (X) | C | Dividend | K | T | | | | | |
| 5.  Collegebound 529 Invesco Moderate College Port C | | None | | | Sold | 04/11/17 | K | | |
| 6.  Phoenix Life (X) | B | Dividend | K | T | | | | | |
| 7.  Optum Bank HSA (X) | B | Int./Div. | K | T | | | | | |
| 8.  Trust #1 (H) | | | | | | | | | |
| 9.  Fidelity Individual Account (Money Market) (SPAXX) | A | Interest | M | T | | | | | |
| 10.  3M Company Stock (common) (MMM) | D | Dividend | O | T | | | | | |
| 11.  TOD #1 (H) | | | | | | | | | |
| 12.  Fidelity Government Money Market (SPAXX) | A | Interest | J | T | | | | | |
| 13.  3M Company Restricted Stock Units (unvested) (Y) | | | | | | | | | |
| 14.  3M Company VIP Excess (deferred compensation plan / no control) (cash) | | None | N | T | | | | | |
| 15.  3M Company Medical Savings Account | A | Interest | K | T | | | | | |
| 16.  3M Company Stock Options | | None | P1 | T | | | | | |
| 17.  Brokerage Account #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus General Money Market Fund Cl B (GMBXX) | A | Int./Div. | J | T | | | | | |
| 19. Russell Tax-Managed US Mid & Small Cap Fund Class S (RTSSX) | A | Distribution | K | T | | | | | |
| 20. Russell Int'l Developed Markets Fund Class I (RINTX) | | None | | | Sold | 03/13/17 | M | | |
| 21. Russell Tax Managed US Large Cap Fund Class S (RETSX) | C | Dividend | N | T | Sold (part) | 01/31/17 | J | B | |
| 22. Russell Tax-Exempt High Yield Bond Fund Class S (RTHSX) | C | Dividend | L | T | Buy | 03/13/17 | L | | |
| 23. Russell Tax-Managed International Fund Class S (RTNSX) | C | Dividend | M | T | Buy | 03/13/17 | M | | |
| 24. | | | | | Sold (part) | 03/13/17 | J | B | |
| 25. Russell Emerging Markets Fund CL S (REMSX) | | None | | | Sold | 03/13/17 | K | | |
| 26. Russell Global Real Estate Securities Fund Class S (RRESX) | B | Dividend | K | T | | | | | |
| 27. Russell Tax Exempt Bond Fund Class S (RLVSX) | C | Dividend | M | T | Sold (part) | 03/13/17 | L | | |
| 28. Trust #2 (H) | | | | | | | | | |
| 29. RBC Prime Market Money Fund (TPMXX) | A | Interest | J | T | | | | | |
| 30. AB Global Bond Fund (ANAYX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 31. Artisan Partners FDS Inc (APDKX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 32. Brandes INVT TR INTC Small Cap (BISMX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 33. Brandes Emerging Markets Value Fund (BEMIX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 34. Diamond Hill FDS Small Cap (DHMIX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 36. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 37. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 38. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 39. IShares Core S&P Mid Cap ETF (IJH) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 40. IShares Core S&P 500 ETF (IVV) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 41. IShares Inc MSCI Eurozone ETF (EZU) (Y) | | | | | Buy | 07/06/17 | J | | |
| 42. Ivy Emerging Markets Equity Fund (IPOIX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 43. IShares TR Core MSCI Total INTL Stock ETF (IXUS) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 44. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 45. Ivy Apollo Strategic Income Fund (IIPOX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 46. Loomis Sayles Strategic Income Fund (NEZYX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 47. | | | | | Sold (part) | 11/29/17 | J | | |
| 48. Lord Abbott Short Duration Income Fund (LDLFX) | A | Dividend | | | Buy | 07/06/17 | J | | |
| 49. | | | | | Sold | 11/29/17 | J | | |
| 50. MFS Growth Fund CL I (MFEIX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 51. | | | | | Sold (part) | 10/09/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MFS SER TR I Value Fund (MEIIX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 53. Templeton Income TR Global Total Return Fund (TTRZX) | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 54. Thornburg Invt TR Invt Income Builder Cl C (TIBIX) (X) (Y) | | | | | | | | | |
| 55. Franklin Income Mutual Fund (FCISX) | A | Dividend | | | Sold | 07/10/17 | K | | |
| 56. Pimco Low Duration Mutual Fund (PTLAX) | A | Dividend | | | Sold | 07/10/17 | K | | |
| 57. Templeton Foreign Mutual Fund (TEFTX) | A | Dividend | | | Sold | 07/10/17 | J | | |
| 58. Thornburg Investment Income Mutual Fund (TIBCX) | A | Dividend | | | Sold | 07/10/17 | K | B | |
| 59. Vanguard Balanced Index FD Inc Admiral SHS (VIBAX) | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 60. IRA #1 (H) | | | | | | | | | |
| 61. Northwestern Mutual General Money Market Fund Class B | A | Interest | J | T | | | | | |
| 62. American Century Diversified Bond Investor Class (ADFIX) | A | Dividend | L | T | Buy | 03/13/17 | L | | |
| 63. Invesco Balanced-Risk Commodity Strategy Fund Class Y (BRCYX) | | None | K | T | Buy (add'l) | 03/14/17 | K | | |
| 64. Brown Capital Management Small Company Fund (BCSSX) | | None | | | Sold | 03/13/17 | K | B | |
| 65. Dodge & Cox Income Fund (DODIX) | B | Dividend | L | T | Buy (add'l) | 03/13/17 | J | | |
| 66. Europacific Growth Fund Class F-2 (AEPFX) | C | Dividend | L | T | Buy (add'l) | 03/13/17 | J | | |
| 67. Fidelity Advisor Mid Cap Fund Class I (FIIMX) | C | Dividend | K | T | | | | | |
| 68. Fidelity Advisor New Insights Fund Class I (FINSX) | D | Dividend | M | T | Sold (part) | 03/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. The Oakmark International Fund Class I (OAKIX) | B | Dividend | L | T | Buy (add'l) | 03/13/17 | K | | |
| 70. The Oakmark International Small Cap Fund (OAKEX) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 71. American Funds, International Growth and Income Fund Class F-2 (IGFFX) | | None | | | Sold | 03/13/17 | K | | |
| 72. John Hancock Disciplined Value Mid Cap Fund Class 1 (JVMIX) | B | Dividend | K | T | Sold (part) | 03/13/17 | J | A | |
| 73. MFS Value Fund Class 1 (MEIIX) | D | Dividend | M | T | Buy (add'l) | 03/13/17 | K | | |
| 74. Metropolitan West Total Return Bond Fund Class 1 (MWTIX) | A | Dividend | | | Sold | 03/13/17 | L | | |
| 75. New World Fund - Class F2 (NFFFX) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 76. Northern Small Cap Value Fund (NOSGX) | B | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 77. Parnassus Core Equity Fund Institutional Class | | None | | | Sold | 03/13/17 | L | C | |
| 78. PIMCO Income Fund Class P (PONDX) | B | Dividend | K | T | | | | | |
| 79. T Rowe Price Emerging Markets Stock Fund (PRMSX) | A | Dividend | K | T | | | | | |
| 80. T Rowe Price Real Estate Fund (TRREX) | B | Dividend | L | T | | | | | |
| 81. IRA #2 (H) | | | | | | | | | |
| 82. RBC Cash and Federated Money Market Fund | A | Interest | L | T | | | | | |
| 83. AB Global Bond Fund (ANAYX) | B | Dividend | M | T | Buy (add'l) | 01/30/17 | J | | |
| 84. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 85. | | | | | Buy (add'l) | 06/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 87. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 88. Artisan Partners FDS Inc INTL Value FD ADV SH (APDKX) | B | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 89. | | | | | Sold (part) | 02/13/17 | L | C | |
| 90. | | | | | Sold (part) | 05/02/17 | J | A | |
| 91. | | | | | Buy (add'l) | 11/29/17 | K | | |
| 92. Brandes Emerging Markets Mutual Fund (BEMIX) | A | Dividend | K | T | Buy (add'l) | 01/30/17 | J | | |
| 93. | | | | | Sold (part) | 06/06/17 | K | | |
| 94. | | | | | Sold (part) | 08/01/17 | J | | |
| 95. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 96. Brandes INVT TR INTL Small Cap Equity FD CL I (BSMIX) | B | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 97. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 98. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 99. Diamond Hill FDS Small Cap FD CL I (DHMIX) | B | Dividend | L | T | Sold (part) | 01/30/17 | J | A | |
| 100. | | | | | Sold (part) | 02/23/17 | K | D | |
| 101. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 102. | | | | | Buy (add'l) | 11/29/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 10 of 25

**Name of Person Reporting**

Bowbeer, Hildy

**Date of Report**

05/11/2018

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Dodge and Cox Income Fund (DODIX) | B | Dividend | M | T | Buy | 06/06/17 | M | | |
| 104. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 105. | | | | | Buy (add'l) | 11/29/17 | L | | |
| 106. Ishares Core S&P 500 Index ETF (IVV) | C | Dividend | M | T | Sold (part) | 01/30/17 | J | A | |
| 107. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 108. | | | | | Sold (part) | 06/06/17 | K | D | |
| 109. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 110. | | | | | Sold (part) | 11/29/17 | J | A | |
| 111. Ishares Core S&P Mid Cap ETF (IJH) | B | Dividend | M | T | Sold (part) | 01/30/17 | J | A | |
| 112. | | | | | Buy (add'l) | 02/13/17 | K | | |
| 113. | | | | | Sold (part) | 02/23/17 | K | D | |
| 114. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 115. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 116. | | | | | Buy (add'l) | 08/21/17 | J | | |
| 117. | | | | | Sold (part) | 11/29/17 | J | A | |
| 118. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | M | T | Sold (part) | 01/30/17 | J | B | |
| 119. | | | | | Sold (part) | 02/13/17 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 05/02/17 | K | | |
| 121. | | | | | Sold (part) | 06/06/17 | K | C | |
| 122. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 123. | | | | | Buy (add'l) | 10/09/17 | K | | |
| 124. | | | | | Sold (part) | 11/29/17 | J | A | |
| 125. IShares Core MSCI Total Int'l Stock ETF (IXUS) | D | Dividend | N | T | Buy (add'l) | 01/31/17 | J | | |
| 126. | | | | | Buy (add'l) | 02/13/17 | L | | |
| 127. | | | | | Buy (add'l) | 02/23/17 | K | | |
| 128. | | | | | Sold (part) | 05/02/17 | K | C | |
| 129. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 130. | | | | | Buy (add'l) | 08/21/17 | L | | |
| 131. | | | | | Sold (part) | 11/29/17 | J | A | |
| 132. IShares Inc MSCI Eurozone ETF (EZU) | | None | | | Buy | 05/04/17 | L | | |
| 133. | | | | | Sold (part) | 06/06/17 | J | A | |
| 134. | | | | | Sold | 08/11/17 | L | B | |
| 135. IShares TR Core MSCI Europe ETF (IEUR) | | None | | | Buy | 02/23/17 | L | | |
| 136. | | | | | Sold | 05/04/17 | L | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ivy Apollo Strategic Income Fund CL I (IIPOX) | C | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 138. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 139. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 140. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 141. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 142. Ivy Emerging Markets Equity Fund (IPOIX) | A | Dividend | K | T | Buy | 05/02/17 | K | | |
| 143. | | | | | Sold (part) | 08/11/17 | J | A | |
| 144. Loomis Sayles Strategic Income Fund Class Y (NEZYX) | D | Dividend | M | T | Buy (add'l) | 01/30/17 | J | | |
| 145. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 146. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 147. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 148. | | | | | Sold (part) | 11/29/17 | K | C | |
| 149. Lord Abbett Short Duration Income Fund Cl F (LDLFX) | C | Dividend | | | Buy (add'l) | 01/30/17 | J | | |
| 150. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 151. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 152. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 153. | | | | | Sold | 11/29/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MFS Growth Mutual Fund (MFEIX) | C | Distribution | M | T | Buy (add'l) | 01/30/17 | J | | |
| 155. | | | | | Buy (add'l) | 02/13/17 | K | | |
| 156. | | | | | Sold (part) | 02/23/17 | J | A | |
| 157. | | | | | Sold (part) | 05/02/17 | K | D | |
| 158. | | | | | Sold (part) | 06/06/17 | J | B | |
| 159. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 160. | | | | | Sold (part) | 10/09/17 | J | | |
| 161. | | | | | Sold (part) | 11/29/17 | J | B | |
| 162. MFS SER TR I Value Fund Cl I (MEIIX) | C | Dividend | M | T | Sold (part) | 01/30/17 | J | A | |
| 163. | | | | | Sold (part) | 02/13/17 | K | B | |
| 164. | | | | | Sold (part) | 02/23/17 | J | A | |
| 165. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 166. | | | | | Sold (part) | 10/09/17 | J | | |
| 167. | | | | | Buy (add'l) | 11/29/17 | K | | |
| 168. Oppenheimer Developing Markets FDS Cl Y (ODVYX) | | None | | | Buy (add'l) | 01/30/17 | J | | |
| 169. | | | | | Sold | 05/02/17 | K | D | |
| 170. Putnam FDS TR Short Duration Income Fund (PSDYX) | A | Dividend | | | Buy | 01/30/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 172. | | | | | Sold | 06/06/17 | L | | |
| 173. Templeton Income Global Total Return Mutual Fund | C | Dividend | M | T | Buy (add'l) | 05/02/17 | J | | |
| 174. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 175. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 176. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 177. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 178. Vanguard Fixed Income Secs Inter Term INVT Grade FD Adm Cl (VFIDX) | A | Dividend | | | Sold | 01/30/17 | L | | |
| 179. Voya SER FD Inc Floating Rate FD Class I (IFRIX) | B | Dividend | | | Buy (add'l) | 01/30/17 | J | | |
| 180. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 181. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 182. | | | | | Sold | 06/06/17 | L | A | |
| 183. Brokerage Account #2 (H) | | | | | | | | | |
| 184. RBC Money Market Bank Deposit Program | A | Interest | K | T | | | | | |
| 185. AB Global Bond Fund (ANAYX) | B | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 186. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 187. | | | | | Buy (add'l) | 10/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Artisan Partners FDS Inc INTL Value FD ADV SH (APDKX) | B | Dividend | K | T | Buy (add'l) | 01/30/17 | J | | |
| 189. | | | | | Sold (part) | 02/13/17 | K | B | |
| 190. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 191. Brandes Emerging Markets Mutual Fund (BEMIX) | A | Dividend | K | T | Sold (part) | 06/06/17 | J | C | |
| 192. Brandes INVT TR INTL Small Cap Equity FD CL I (BSMIX) | B | Dividend | K | T | Buy (add'l) | 05/02/17 | J | | |
| 193. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 194. Diamond Hill FDS Small Cap FD CL I (DHMIX) | B | Dividend | K | T | Sold (part) | 01/30/17 | J | A | |
| 195. | | | | | Sold | 02/23/17 | K | C | |
| 196. | | | | | Buy | 05/02/17 | J | | |
| 197. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 198. Dodge & Cox Income Mutual Fund (DODIX) | B | Dividend | M | T | Buy | 06/06/17 | L | | |
| 199. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 200. | | | | | Buy (add'l) | 11/29/17 | L | | |
| 201. Ishares Core S&P 500 Index ETF (IVV) | B | Dividend | L | T | Sold (part) | 01/30/17 | J | A | |
| 202. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 203. | | | | | Sold (part) | 06/06/17 | K | C | |
| 204. | | | | | Sold (part) | 11/29/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Ishares Core S&P Mid Cap ETF (IJH) | A | Dividend | L | T | Sold (part) | 01/30/17 | J | A | |
| 206. | | | | | Buy (add'l) | 02/13/17 | K | | |
| 207. | | | | | Sold (part) | 02/23/17 | K | C | |
| 208. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 209. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 210. | | | | | Sold (part) | 11/29/17 | J | A | |
| 211. IShares Core S&P Small Cap ETF (IJR) | A | Dividend | L | T | Sold (part) | 01/30/17 | J | A | |
| 212. | | | | | Sold | 02/13/17 | K | D | |
| 213. | | | | | Buy | 05/02/17 | K | | |
| 214. | | | | | Sold (part) | 06/06/17 | J | C | |
| 215. | | | | | Buy (add'l) | 10/09/17 | K | | |
| 216. | | | | | Sold (part) | 11/29/17 | J | A | |
| 217. Ishares Core MSCI Total Int'l Stock ETF (IXUS) | C | Dividend | M | T | Buy (add'l) | 01/30/17 | J | | |
| 218. | | | | | Buy (add'l) | 02/13/17 | K | | |
| 219. | | | | | Buy (add'l) | 02/23/17 | J | | |
| 220. | | | | | Sold (part) | 05/02/17 | K | C | |
| 221. | | | | | Buy (add'l) | 06/06/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 08/21/17 | K | | |
| 223. | | | | | Sold (part) | 11/29/17 | J | A | |
| 224. IShares Inc MSCI Eurozone ETF (EZU) | A | Dividend | | | Buy | 05/04/17 | L | | |
| 225. | | | | | Sold (part) | 06/06/17 | J | A | |
| 226. | | | | | Sold | 08/11/17 | L | B | |
| 227. IShares TR Core MSCI Europe ETF (IEUR) | | None | | | Buy | 02/23/17 | K | | |
| 228. | | | | | Sold | 05/04/17 | K | C | |
| 229. Ivy Apollo Strategic Income Fund CL 1 (IIPOX) | B | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 230. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 231. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 232. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 233. Ivy Emerging Markets Equity Fund (IPOIX) | A | Dividend | K | T | Buy | 05/02/17 | K | | |
| 234. | | | | | Sold (part) | 08/11/17 | J | A | |
| 235. Loomis Sayles Strategic Income Fund Class Y (NEZYX) | C | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 236. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 237. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 238. | | | | | Buy (add'l) | 10/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 11/29/17 | K | B | |
| 240. Lord Abbett Short Duration Income Fund Cl F (LDLFX) | B | Dividend | | | Buy (add'l) | 01/30/17 | J | | |
| 241. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 242. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 243. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 244. | | | | | Sold | 11/29/17 | L | | |
| 245. MFS Growth Mutual Fund (MFEIX) | B | Dividend | L | T | Buy (add'l) | 01/30/17 | J | | |
| 246. | | | | | Buy (add'l) | 02/13/17 | K | | |
| 247. | | | | | Sold (part) | 05/02/17 | K | C | |
| 248. | | | | | Sold (part) | 06/06/17 | J | A | |
| 249. | | | | | Sold (part) | 10/09/17 | K | D | |
| 250. | | | | | Sold (part) | 11/29/17 | J | A | |
| 251. MFS SER TR I Value Fund Cl I (MEIIX) | C | Dividend | L | T | Sold (part) | 01/30/17 | J | | |
| 252. | | | | | Sold (part) | 02/13/17 | K | B | |
| 253. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 254. | | | | | Sold (part) | 10/09/17 | J | B | |
| 255. | | | | | Buy (add'l) | 11/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Oppenheimer Developing Mrkets FDS Cl Y (ODVYX) | | None | | | Sold | 05/02/17 | K | D | |
| 257. Putnam FDS TR Short Duration Income Fund (PSDYX) | A | Dividend | | | Buy | 01/30/17 | K | | |
| 258. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 259. | | | | | Sold | 06/06/17 | K | | |
| 260. Templeton Income Global Total Return Mutual Fund (TTRZX) | B | Dividend | L | T | Buy (add'l) | 05/02/17 | J | | |
| 261. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 262. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 263. | | | | | Buy (add'l) | 10/09/17 | J | | |
| 264. | | | | | Buy (add'l) | 11/29/17 | J | | |
| 265. Vanguard Fixed Income Secs Inter Term INVT Grade FD Adm Cl (VFIDX) | A | Dividend | | | Sold | 01/30/17 | K | | |
| 266. Voya SER FD Inc FLoating Rate FD Class I (IFRIX) | A | Dividend | | | Buy (add'l) | 01/30/17 | J | | |
| 267. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 268. | | | | | Sold | 06/06/17 | L | A | |
| 269. IRA #3 (H) | | | | | | | | | |
| 270. General Money Market Fund CL B (X) | A | Interest | J | T | | | | | |
| 271. American Century Diversified Bond Investor Class (ADFIX) (X) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 272. Brown Capital Management Small Company Fund (BCSSX) (X) | | None | | | Sold | 03/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Deutsche Enhanced Commodity Strategy Fund (SKIRX) (X) | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 274. Dodge & Cox Income Fund (DODIX) (X) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 275. Europacific Growth Fund Class F-2 (AEPFX) (X) | B | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 276. Fidelity Advisor Mid Cap II Fund Class I (FIIMX) (X) | A | Dividend | J | T | Sold (part) | 03/13/17 | J | A | |
| 277. Fidelity Advisors New Insights Fund Class I (FINSX) (X) | C | Dividend | K | T | Sold (part) | 03/13/17 | J | B | |
| 278. The Oakmark International Fund Investor Class (OAKIX) (X) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 279. The Oakmark International Small-Cap Fund Investor Class (OAKEX) (X) | A | Dividend | J | T | Sold (part) | 03/13/17 | J | A | |
| 280. Hartford World Bond Fund Class I (HWDIX) (X) | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 281. International Growth and Income Fund Class F-2 (IGFFX) (X) | | None | | | Sold | 03/13/17 | J | | |
| 282. John Hancock Disciplined Value Mid Cap Fund Class I (JVMIX) (X) | A | Dividend | J | T | | | | | |
| 283. MFS Value Fund Class I (MEIIX) (X) | B | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 284. Metropolitan West Return Bond Fund Class I (MWTIX) (X) | A | Dividend | | | Sold | 03/13/17 | J | | |
| 285. New World Fund Class F-2 (NFFFX) (X) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 286. Northern Small Cap Value Fund (NOSGX) (X) | A | Dividend | J | T | Buy (add'l) | 03/13/17 | J | | |
| 287. Parnassus Core Equity Fund Institutional Class (PRILX) (X) | | None | | | Sold | 03/13/17 | K | B | |
| 288. Pimco Income Fund Class P (PONPX) (X) | B | Dividend | K | T | Sold (part) | 03/13/17 | J | | |
| 289. T Rowe Price Real Estate (TRREX) (X) | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Templeton Global Bond Fund Advisor Class (TGBAX) (X) | A | Dividend | | | Sold | 03/13/17 | J | | |
| 291. Trust #3 (H) | | | | | | | | | |
| 292. General Money Market Fund CL B (X) | A | Dividend | L | T | | | | | |
| 293. Comcast Corp CL A (CMCSA) (X) | | None | | | Sold | 01/11/17 | J | B | |
| 294. Medtronic PLC SHS (MDT) (X) | | None | | | Sold | 02/02/17 | J | | |
| 295. Macquarie Infrastructure Corp SHS (MIC) (X) | B | Dividend | L | T | | | | | |
| 296. Target Corp Com (TGT) (X) | | None | | | Sold | 05/10/17 | J | C | |
| 297. Trust #4 (H) | | | | | | | | | |
| 298. General Money Market Fund CL B (X) | A | Interest | J | T | | | | | |
| 299. Deutsche Enhanced Commodity Strategy Fund (SKIRX) (X) | A | Dividend | K | T | Buy (add'l) | 03/13/17 | J | | |
| 300. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 301. Dodge & Cox International Fund (DODFX) (X) | B | Dividend | L | T | Buy (add'l) | 07/07/17 | J | | |
| 302. Europacific Growth Fund Class F-2 (AEPFX) (X) | C | Dividend | L | T | Sold (part) | 07/07/17 | J | A | |
| 303. Fidelity Advisor Mid Cap II Fund Class I (FIIMX) (X) | B | Dividend | K | T | Sold (part) | 07/07/17 | J | A | |
| 304. Fidelity Advisor New Insights Fund Class I (FINSX) (X) | D | Dividend | M | T | Sold (part) | 03/13/17 | J | C | |
| 305. | | | | | Sold (part) | 07/07/17 | J | A | |
| 306. Fidelity Advisor Intermediate Muni Income Fund Class I (FZIIX) (X) | C | Dividend | M | T | Buy (add'l) | 07/07/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bowbeer, Hildy | 05/11/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Franklin Federal Intermediate-Term Tax-Free Income Fund (FITZX) (X) | C | Dividend | M | T | Buy (add'l) | 07/07/17 | J | | |
| 308. John Hancock Disciplined Value Mid Cap Fund Class I (JVMIX) (X) | B | Dividend | K | T | Sold (part) | 03/13/17 | J | A | |
| 309. | | | | | Sold (part) | 07/07/17 | J | A | |
| 310. MFS Value Fund Class I (MEIIX) (X) | D | Dividend | M | T | Sold (part) | 07/07/17 | K | D | |
| 311. New World Fund Class F-2 (NFFFX) (X) | A | Dividend | K | T | Buy (add'l) | 07/07/17 | J | | |
| 312. Northern Small Cap Value Fund (NOSGX) (X) | B | Dividend | K | T | Sold (part) | 07/07/17 | J | B | |
| 313. T Rowe Price Emerging Markets Stock (PRMSX) (X) | A | Dividend | K | T | | | | | |
| 314. T Rowe Price Real Estate (TRREX) (X) | A | Dividend | K | T | Sold (part) | 07/07/17 | J | A | |
| 315. Gray Plant Mooty Retirement Savings Trust (H) | | | | | | | | | |
| 316. Dodge & Cox Stock (DODGX) (X) | | None | M | T | | | | | |
| 317. T Rowe Price Growth Stock (PRGFX) (X) | | None | N | T | | | | | |
| 318. Vanguard Institutional Index I (VINIX) (X) | | None | M | T | | | | | |
| 319. American Century Small Cap Value I (ACVIX) (X) | | None | N | T | | | | | |
| 320. Fidelity Small Cap Growth (FCPGX) (X) | | None | N | T | | | | | |
| 321. Vanguard Mid Cap Index Institutional (VMCIX) (X) | | None | N | T | | | | | |
| 322. Morgan Stanley Inst International E (MSIQX) (X) | | None | M | T | | | | | |
| 323. T Rowe Price International Discove (PRIDX) (X) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. American Funds American Balanced R5 (RLBFX) (X) | | None | M | T | | | | | |
| 325. T Rowe Price Short Term Bond (PRWBX) (X) | | None | M | T | | | | | |
| 326. Vanguard Total Bond Market Index I (VBMFX) (X) | | None | L | T | | | | | |
| 327. Retirement Account #2 (H) | | | | | | | | | |
| 328. US Bancorp (USB) (X) | A | Dividend | K | T | | | | | |
| 329. Entergy Corp (ETR) (X) | A | Dividend | J | T | | | | | |
| 330. Piper Jaffray (PJC) (X) | A | Dividend | J | T | | | | | |
| 331. Schwab Bank Cash Sweep (X) | A | Interest | K | T | | | | | |
| 332. Misc Holdings (H) | | | | | | | | | |
| 333. Gray Plant Mooty Mooty and Bennett PA (X) | B | Dividend | L | T | | | | | |
| 334. Rallyvest (X) | | None | K | T | Buy (add'l) | 02/16/17 | J | | |
| 335. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 336. | | | | | Buy (add'l) | 10/16/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowbeer, Hildy | 05/11/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 41: This item was purchased through a reportable transaction, then became non-reportable without a reportable transaction. (Y)

Part VII, lines 1, 20, 56, 71, 83, and 185: Corporate name/ticker changes; see 2016, lines 1, 22, 33, 48, 60, and 161, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Hildy Bowbeer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544